UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Shahram David Lavian,

              Plaintiff,

          -against-

Ira Daniel Tokayer, Esq.,

             Defendant.
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 4 2008
```

08 Civ. 938 (PAC)(GWG)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

**_X_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

____ Inquest After Default/Damages Hearing

===========================================================================

* Do not check if already referred for general pretrial

SO ORDERED

*/s/ Paul A. Crotty*
_____
Paul A. Crotty
United States District Judge

DATED:    New York, New York
               February 4, 2008

Copy Mailed By Chambers To:

Shahram David Lavian
10450 Wilshire Boulevard
Apartment 1A
Los Angeles, CA 90024