UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHAHRAM DAVID LAVIAN,                                    Case No. 08-CV-00938 (PAC-GWG)

                          Plaintiff,

                                                  **NOTICE OF APPEARANCE**

     -against-

IRA DANIEL TOKAYER, ESQ.,
                        Defendant.

-------------------------------------------------------------------X

     Defendant, IRA DANIEL TOKAYER, ESQ, through his attorneys FURMAN KORNFELD & BRENNAN LLP, hereby appear in the above-entitled action.

Dated: New York, New York
       June 26, 2008

                                    Yours, etc.,

                                    FURMAN KORNFELD & BRENNAN, LLP

                                    By: _____
                                    Andrew S. Kowlowitz
                                    Attorneys for Defendant
                                    IRA DANIEL TOKAYER
                                    545 Fifth Avenue, Suite 401
                                    New York, New York 10017
                                    Telephone No.: (212) 867-4100
                                    Facsimile: (212) 867-4118
                                    E-Mail: AKowlowitz@fkbllp.com
                                    Our File No. 300.051

TO:    Shahram David Lavian
*Plaintiff Pro Se*
10450 Wilshire Boulevard
Apt. 1A
Los Angeles, CA 90024
Telephone No.: (516) 423-6801

670722-1