## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing: **Notice of Appearance** was served via regular mail on the 26th day of June 2008 upon:

Shahram David Lavian
*Plaintiff Pro Se*
10450 Wilshire Boulevard
Apt. 1A
Los Angeles, CA 90024
Telephone No.: (516) 423-6801

ANDREW S. KOWLOWITZ