# FURMAN KORNFELD & BRENNAN LLP

545 Fifth Avenue, Suite 401, New York, NY 10017

Tel: 212-867-4100 Fax: 212-867-4118

www.fkbllp.com

*MEMORANDUM ENDORSED*

June 26, 2008

**VIA FACSIMILE 212-805-4268**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Lavian v. Tokayer, Esq.
            United States District Court, Southern District of New York
            Civil Action No.: 08-CV-00938 (PAC/GWG)
            FKB File No.: 300.051

Dear Judge Gorenstein:

    This firm has been retained to represent Ira Daniel Tokayer, Esq., a defendant in the above-captioned matter. We write to respectfully request a thirty (30) day extension through July 25, 2008 to respond to the *pro se* plaintiff's Summons and Complaint.

    Our firm was first retained by Mr. Tokayer's professional liability carrier yesterday, June 25, 2008. On that same day, I placed a call to the *pro se* plaintiff and left a message requesting that he provide us with an extension to respond to the complaint. Plaintiff has not returned my call or otherwise responded to my request. A response to the Complaint is due today, June 26, 2008.

    An extension will serve the salutary purposes of permitting us to meet with our client to discuss the claim and consider the alternatives, including the possibility of filing counter-claims and/or motion practice.

*Granted.*

SO ORDERED DATE: 6/26/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Lavian v. Tokayer
FKB File no. 300.051
Page 2

We note that no previous request for an extension has been made. I am available to conference the matter at the Court's convenience. I thank you for the Court's attention to this matter.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

Andrew S. Kowlowitz

cc: Shahram David Lavian