UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAHRAM DAVID LAVIAN,

                Plaintiff,                08-CV-00938 (PAC/GWG)

    -against-

                                            **Notice of Motion**

IRA DANIEL TOKAYER, ESQ.

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the affidavit of Andrew S. Kowlowitz, Esq., sworn to on the 25th day of July, 2008, together with the exhibits annexed thereto and the accompanying Memorandum of Law, Defendant IRA DANIEL TOKAYER, ESQ., by his attorneys, FURMAN KORNFELD & BRENNAN LLP, will move this Court, before the Honorable Gabriel W. Gorenstein, United States District Court, Southern District of New York, 500 Pearl Street New York, New York 10007, on a date and time to be determined by the Honorable Court for an Order pursuant to Federal Rules of Civil Procedure 12 (b) (6) dismissing all claims by *pro se* plaintiff, Shahram David Lavian, as set forth in plaintiff's Complaint and for such other and further relief as this Court may deem just and proper.

      Pursuant to the Honorable Judge Gorenstein's rules, the undersigned placed two calls to the plaintiff, on July 14, 2006 and July 22, 2008, to arrange a motion briefing schedule. Neither of the calls were returned.

1

Dated: New York, New York
       July 25, 2008

                        FURMAN KORNFELD & BRENNAN LLP

By:    Andrew S. Kowlowitz
        Attorneys for Defendant
        Ira Daniel Tokayer
        545 Fifth Avenue, Suite 401
        New York, New York 10017
        Telephone No.: (212) 867-4100
        FKB File No.: 300.050