## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing: **MEMORANDUM OF LAW IN SUPPORT OF IRA DANIEL TOKAYER, ESQ.'S MOTION TO DISMISS COMPLAINT, NOTICE OF MOTION AND AFFIDAVIT OF ANDREW KOWLOWITZ** was served via regular mail on the 25th day of July 2008 upon:

Shahram David Lavian
*Plaintiff Pro Se*
10450 Wilshire Boulevard
Apt. 1A
Los Angeles, CA 90024
Telephone No.: (516) 423-6801

_____
ANDREW S. KOWLOWITZ