# FURMAN KORNFELD & BRENNAN LLP

545 Fifth Avenue, Suite 401, New York, NY 10017
Tel: 212-867-4100  Fax: 212-867-4118
www.fkbllp.com



July 25, 2008

**VIA FIRST CLASS MAIL**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Plaintiff's response to this motion is due August 29, 2008.
> Defendant's reply is due September 19, 2008.
>
> Each party is reminded that he should respond promptly to any telephone call from the other side.
>
> SO ORDERED.  DATE: 7/29/08
> GABRIEL W. GORENSTEIN
> UNITED STATES MAGISTRATE JUDGE

Re: Lavian v. Tokayer, Esq.
United States District Court, Southern District of New York
Civil Action No.: 08-CV-00938 (PAC/GWG)
FKB File No.: 300.050

Dear Judge Gorenstein:

This firm represents Ira Daniel Tokayer, Esq., a defendant in the above-captioned matter. Enclosed please find defendant Tokayer's motion to dismiss the Complaint pursuant to Fed. Rules of Civ. Pro. 12 (b) (6).

Pursuant to your Honor's rules, I placed two calls to the plaintiff, on July 14, 2006 and July 22, 2008, to arrange a motion briefing schedule. Neither of the calls were returned. Thus, we welcome the Court's guidance with respect to providing a motion briefing schedule.

I thank you for the Court's attention to this matter.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

Andrew S. Kowlowitz